IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| YUK FUN JOANNE BEDFORD, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00084-O-BP |
| | § | |
| FOO TIANG MENG DIRK ROBERT, | § | |
| Individually and as Trustee of the Hills of | § | |
| Windridge Trust, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.[1]

It is therefore **ORDERED** that Plaintiffs' claims against Defendant are **DISMISSED without prejudice**.

**SO ORDERED** this **25th** day of **July, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] Because the parties jointly seek dismissal, the Court construes the nature of this request as confirmation that neither party objects to dismissal. Accordingly, the Court exercises its discretion to accept the Findings, Conclusions, and Recommendation prior to the end of the fourteen-day objection period.