IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| YUK FUN JOANNE BEDFORD, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>FOO TIANG MENG DIRK ROBERT,<br>Individually and as Trustee of the Hills of<br>Windridge Trust,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§  Civil Action No. 4:24-cv-00084-O-BP<br>§<br>§<br>§<br>§<br>§<br>§ |

### FINAL JUDGMENT

This Judgment is issued pursuant to Federal Rule of Civil Procedure 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiffs' claims against Defendant are **DISMISSED without prejudice**.

2. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **25th** day of **July, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**